Case 6:19-cv-00090   Document 25   Filed on 04/15/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| PALACE BINGO, INC. | § § § § § § § § § § § | |
| *Plaintiff* | | |
| v. | | C.A. NO.: 6:19-CV-90 |
| NEW HAMPSHIRE INSURANCE COMPANY | | |
| *Defendant* | | |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between Plaintiff Palace Bingo, Inc. and Defendant New Hampshire Insurance Company that all claims brought by all parties in the above-captioned action should be and hereby are dismissed pursuant to FED. R. CIV. P. 41(a)(1), with prejudice and with costs taxed against the parties incurring same.

The parties respectfully request that the Court accept this stipulation, which is entered for the purpose of judicial efficiency.

Stipulated: April 14, 2021.

By: /s/ **P. Griffin Bunnell**
    P. Griffin Bunnell
    Texas Bar Number 24080815
    Southern District Number 3174144
    gbunnell@whlaw.com

Williams Hart Boundas Easterby LLP
8441 Gulf Freeway, Ste 600
Houston, TX 77017
Telephone: 713-230-2200
Fax: 713-643-6226

ATTORNEY FOR PLAINTIFF

By: /s/ *Raymond Gregory*
    Raymond L. Gregory II
    Texas Bar No. 08438275
    S.D. Tex. Bar No. 12879
    rlg2@egglestonbriscoe.com

EGGLESTON & BRISCOE, LLP
4800 Three Allen Center
333 Clay Street
Houston, Texas 77002
713.659.5100
713.951.9920 | Facsimile

ATTORNEY FOR DEFENDANT

**THE STIPULATION IS ACCEPTED BY THE COURT AND THE LAWSUIT IS HEREBY DISMISSED WITH PREJUDICE. IT IS SO ORDERED:**

*Drew B Tipton*
United States District Judge

Date: April 15, 2021